NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000673**
**26-OCT-2012**
**10:12 AM**

NO. CAAP-12-0000673

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRISTOPHER A. CHANDLER, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P.P. NO. 11-1-009K)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Notice of Withdrawal of Appeal of S.P.P. 11-1-0009K" filed by Petitioner-Appellant Christopher A. Chandler (Appellant), which the court construes as a motion to dismiss the appeal (Motion to Dismiss Appeal), the papers in support, the records and files herein, and noting no opposition,

IT IS HEREBY ORDERED that the Motion to Dismiss Appeal is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 26, 2012.

Presiding Judge

Associate Judge

Associate Judge